Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HARLAN PHILIP JAMES,<br><br>Defendant. | CASE NO. MJ23-546<br><br>**COMPLAINT for VIOLATION**<br><br>Title 18, United States Code, Sections 113(a)(3), 113(a)(6), 1153 and 924(c)(1)(A)(i)-(iii) |

BEFORE the Honorable S. Kate Vaughan, United States Magistrate Judge, Seattle, Washington,

The undersigned complainant being duly sworn, states:

## COUNT 1

### (Assault with a Dangerous Weapon)

On or about August 7, 2023, in Whatcom County, on the Lummi Indian Reservation, Indian Country as defined by Title 18 United States Code, Section 1151, and within the Western District of Washington, HARLAN PHILIP JAMES, an Indian, did knowingly assault another person, John Doe, with a dangerous weapon, that is, a firearm, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COMPLAINT/HARLAN JAMES - 1
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Assault Resulting in Serious Bodily Injury)

On or about August 7, 2023, in Whatcom County, on the Lummi Indian Reservation, Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, HARLAN PHILIP JAMES, an Indian, did knowingly assault another person, John Doe, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## COUNT 3

### (Using a Firearm During a Crime of Violence)

On or about August 7, 2023, in Whatcom County, on the Lummi Indian Reservation, Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, HARLAN PHILIP JAMES, knowingly used and carried a firearm, that is, a Smith and Wesson Military and Police (M&P), .40 caliber semiautomatic pistol, during and in related to a crime of violence, that is, Assault with a Dangerous Weapon, as alleged in Count 1 above, and Assault Resulting in Serious Bodily Injury as alleged in Count 2 above; and knowingly possessed said firearm in furtherance of said crime of violence.

It is further alleged that in the commission of the offense alleged in Count 3, HARLAN PHILIP JAMES brandished and discharged the firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii).

The undersigned being duly sworn further states:

## AFFIANT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2022. I am currently assigned to the Bellingham Resident Agency of the Seattle Division and the FBI's Northwestern Washington Safe Trails Task Force ("NWSTTF"). My primary responsibilities as a Special Agent include investigations involving violent crimes and other federal crimes on the Indian

COMPLAINT/HARLAN JAMES - 2
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

reservations in Northwest Washington. As a Special Agent for the FBI, I have participated in numerous investigations including, but not limited to assault, theft and embezzlement, sexual abuse, and various other criminal violations. During these investigations, I have executed and assisted in the execution of both search and arrest warrants. Prior to becoming a Special Agent, I spent over three years in the accounting industry working as an accountant in the financial reporting department for a private company. I am also a licensed Certified Public Accountant.

2. The information set forth in this Affidavit is based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth every fact that I or others have learned during the investigation.

4. This Complaint and Affidavit are being presented electronically pursuant to Federal Criminal Procedure Rule 4.1.

## SUMMARY OF PROBABLE CAUSE

5. On the morning of August 7, 2023, at approximately 3:09 a.m., the Lummi Nation Police Department ("LNPD") dispatch received a report that an adult male, identified herein as "John Doe" to protect his privacy, had been shot at his residence, which is located at 36XX Lummi Shore Drive, Bellingham, Washington and lies within the exterior boundaries of the Lummi Indian Reservation. Doe's residence is situated on a parcel of land with two single story residential homes located next to each other. A separate detached garage and two additional trailers parked behind the residential homes are also located on the parcel of land (collectively referred to as the "Incident Location").

COMPLAINT/HARLAN JAMES - 3
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Responding LNPD officers located John Doe inside the residence adjacent to Doe's residence, where Doe's brother and his brother's partner, identified herein as "IB," reside. IB was identified as the 911 caller. Officers observed that Doe had sustained what appeared to be a gunshot wound to his right foot.

7. John Doe was interviewed and provided the following information. Doe first heard a loud bang and then heard his bedroom door open. Doe recognized JAMES's voice and noted that his speech was slurred. Doe and JAMES had been lifelong friends and had spent a significant amount of time together, including making rap music together. Doe heard a gunshot and saw a flash of light. After hearing the gunshot, Doe instinctively ran out of his bedroom, past JAMES, then out of his house and into his brother's residence, where he tried to hide. Doe could feel that his foot was numb. Doe explained that JAMES blamed Doe for breaking his thumb in an altercation approximately one month earlier.

8. Medical personnel arrived at the INCIDENT LOCATION and rendered aid before Doe was transported to the emergency department at PeaceHealth St. Joseph Medical Center in Bellingham. Doe's medical records reflect that he was diagnosed with and received treatment for multiple right foot fractures, including a fracture of the calcaneus (heal bone), resulting from a gunshot wound.

9. Doe's sister lives in a trailer situated behind Doe's brother's residence. She was interviewed and provided the following information. Doe's sister heard three gunshots, one that sounded louder than the other two. After the first gunshot, she looked out the window of her trailer and saw Doe's brother run past her trailer.

10. While the LNPD officers were still on scene, Doe's brother walked out of the woods. He was interviewed and provided the following information. Doe's brother heard a car in the driveway and walked out on the front steps of his residence. JAMES and an unknown male approached him. JAMES was upset about Doe having broken JAMES's thumb. JAMES fired one round into the air next to Doe's brother's head. He

COMPLAINT/HARLAN JAMES - 4
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

immediately fled on foot into the woods out of fear and could not hear anything for the next couple of minutes.

11. FBI agents responded to PeaceHealth St. Joseph Medical Center to interview Doe, who provided the following information. Doe saw two individuals outside his window and a dark-colored car in the driveway. Doe heard a gunshot outside. Doe's door was kicked in and he heard another shot in the hallway. JAMES came into Doe's room and told Doe that he (Doe) had broken his thumb. Doe noticed that JAMES was slurring his words and thought that JAMES was intoxicated. JAMES was waiving a gun around at Doe and had something on his right hand that looked like a splint. JAMES then shot Doe in the foot. Doe ran past JAMES in the hallway and ran into his residence and told IB to call 911.

12. After receiving Doe's consent, law enforcement searched the INCIDENT LOCATION and recovered four .40 caliber shell casings and two projectiles that appeared to be bullets. One casing was found outside Doe's residence near where Doe's brother saw JAMES fire a pistol. The other three shell casings were found in the hallway inside Doe's residence. Of the two projectiles recovered, one was lodged in a wooden stud in the hallway wall, and the other was lodged in the floorboard in Doe's bedroom, in front of the foot of the bed where Doe said he was standing when JAMES shot him in the foot.

13. While the INCIDENT LOCATION was being searched, FBI agents located a black Mercedes Benz E-Class, Washington License Plate number BXBxxxx, VIN # WDBJF70J51B21xxxx, and registered to JAMES, which was parked a short distance away. A short time later, officers observed JAMES approaching the vehicle. After JAMES opened the driver's side door, a LNPD officer arrested JAMES. One of the FBI agents surveilling the vehicle approached the front, driver's side window and saw a pistol on the floorboard of the front seat.

COMPLAINT/HARLAN JAMES - 5
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14. After his arrest, JAMES was advised of and waived his Miranda rights. JAMES was interviewed and provided the following information. Prior to JAMES's arrest, he had been drinking at a friend's house. He drank so much that he did not remember anything else that transpired that evening or in the early morning hours the following day. He is a member of the Crip gang. He had not seen Doe for a few months. JAMES denied owning or possessing any firearms.

15. The LNPD obtained a tribal search warrant for JAMES's black Mercedes. During the search of the vehicle, agents and officers recovered a black, Smith and Wesson Military and Police (M&P), .40 caliber pistol. The pistol was located by the floorboard on the front, driver's side of the vehicle, inside a holster. The pistol had a magazine with an unknown number of live rounds inside it. Additionally, a live, .40 caliber round that was found inside the chamber of the pistol. A .40 caliber shell casing was also found on the floor close to where the pistol was located.

16. JAMES was held at Whatcom County Jail following his arrest on tribal charges. While in custody, JAMES placed several recorded, telephone calls. Two noteworthy calls are discussed below. On August 7, 2023, JAMES called an unidentified individual and asked for everything to be taken out of the "whip." Based on my training and experience, I know that a "whip" is a slang term for car or vehicle. On August 8, 2023, JAMES called an unidentified individual asking about the car being taken by law enforcement.

17. A Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) certified in conducting interstate nexus examinations of firearms has reviewed photos of the Smith and Wesson Military and Police (M&P), .40 caliber pistol seized from JAMES's vehicle. Based on the photos and her training and experience, she determined that the above-referenced pistol is a firearm under federal law.

18. As part of the investigation, I have reviewed tribal enrollment documents showing that JAMES is an enrolled member of Lummi Nation, a federally recognized

COMPLAINT/HARLAN JAMES - 6
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Indian tribe and has an Indian blood quantum of 7/16ths. I have also reviewed land status documents from the Lummi Nation Planning Department showing that Doe's residence lies within the exterior boundaries of the Lummi Reservation.

## CONCLUSION

19. Based on the above facts, I respectfully submit that there is probable cause to believe that HARLAN PHILIP JAMES committed the offenses set forth above in this Complaint.

*[signature]*
NATALIE J. LEAVITT,
Complainant
Special Agent, Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me telephonically, and submitted electronically, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

DATED this 13th day of November 2023.

*[signature]*
S. KATE VAUGHAN
United States Magistrate Judge

COMPLAINT/HARLAN JAMES - 7
USAO #2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970