Magistrate Judge S. Kate Vaughan

```
═══ FILED        ═══ ENTERED
═══ LODGED       ═══ RECEIVED

        NOV 14 2023

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY
                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ23-546 |
| Plaintiff, | |
| | MOTION FOR DETENTION |
| v. | |
| HARLAN PHILIP JAMES, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1.     **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☒     Crime of violence (18 U.S.C. § 3156).

☐     Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☒     Crime with a maximum sentence of life imprisonment or death.

☐     Drug offense with a maximum sentence of ten years or more.

DETENTION MOTION - 1

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

☒ Serious risk the defendant will flee.

☐ Serious risk of obstruction of justice, including intimidation of a Prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check both):

☒ Defendant's appearance as required.

☐ Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☒ Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

DETENTION MOTION - 2

☐    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.    **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☐    At the initial appearance

☒    After a continuance of 3 days (not more than 3)

DATED this 14th day of November, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

DANE A. WESTERMEYER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2266
Fax: 206-553-0582
Email: Dane.Westermeyer@usdoj.gov

DETENTION MOTION - 3